# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-cv-464-RGA ) |
| ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED | ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION AND DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

WHEREAS Takeda Pharmaceuticals USA, Inc. and Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action, including all claims, counterclaims and affirmative defenses, is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement and this Order; and

3. Each party shall bear its own attorneys' fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **WOMBLE BOND DICKINSON (US) LLP** | **PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A.** |
| */s/ Daniel M. Attaway* | */s/ David A. Bilson* |
| Mary W. Bourke (#2356) | John C. Phillips, Jr. (#110) |
| Daniel M. Attaway (#5130) | David A. Bilson (#4986) |
| 222 Delaware Avenue, Suite 1501 | 1200 North Broom |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| Telephone: (302) 252-4320 | (302) 655-4200 |
| Mary.Bourke@wbd-us.com | jcp@pgmhlaw.com |
| Daniel.Attaway@wbd-us.com | dab@pgmhlaw.com |
| *Attorneys for Plaintiff* | |
| *Takeda Pharmaceuticals USA, Inc.* | *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited* |

SO ORDERED this \_\_\_\_ day of _____, 2018.

_____
United States District Judge